**Honorable John C. Coughenour**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALLEY INSURANCE COMPANY and TRINITY INSURANCE COMPANY,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CNA INSURANCE COMPANY, FARMERS TRUCK INSURANCE EXCHANGE, GEMINI INSURANCE COMPANY and TRANSPORTATION INSURANCE COMPANY,<br><br>　　　　　　　Defendants. | No. C07-1696-JCC<br><br>STIPULATED ORDER OF DISMISSAL |

It appearing that the parties hereto have so stipulated (*see* Dkt. No. 39), it is now, therefore, hereby

ORDERED, ADJUDGED and DECREED that plaintiff's complaint is hereby dismissed with prejudice and without an award of costs to any party.

DONE IN OPEN COURT this 1st day of April, 2009.

　　　　　　　　　　　　　　　　　／s／ John C. Coughenour
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE